

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00316-CV

---

JILL LEVEN, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX
OF THE ESTATE OF HENRY PAUL LEVEN; NEAL LEVEN; ERIC LEVEN;
AND JEAN MARIE LEVEN HOLSENBECK, APPELLANTS
V.

JAMES LEVEN, JOHN LEVEN, JUSTIN LEVEN, AND LEVEN CATTLE, APPELLEES

---

On Appeal from the 100th District Court
Carson County, Texas
Trial Court No. 13,065, Honorable Stuart Messer, Presiding

---

March 25, 2024

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellants, Jill Leven, Individually and as Independent Executrix of the Estate of Henry Paul Leven; Neal Leven; Eric Leven; and Jean Marie Leven Holsenbeck, appeal from the trial court's order granting a temporary injunction in favor of Appellees, James Leven, John Leven, Justin Leven, and Leven Cattle. On February 20, 2024, we abated the appeal, pursuant to the parties' request, to permit proceedings in the trial court to effectuate settlement of the underlying action. On March 14, 2024, the parties filed a joint

motion to dismiss the appeal as moot because the trial court signed an agreed order vacating the temporary injunction which is the basis for this appeal.

As no decision of the Court has been delivered to date, we reinstate the appeal and grant the motion. The appeal is dismissed. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Pursuant to the motion, costs shall be taxed against the parties that incurred them. *See* TEX. R. APP. P. 42.1(d).

Per Curiam